59 P.3d 958

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

December 6, 2002

| 24433 | Manuma v. Blue Hawaii Adventures, Inc. | Affirmed |

## December 12, 2002

| 24281 | State v. Branco | Affirmed |

## December 17, 2002

| 24734 | Mercado v. AIG Hawaii Ins. Co. | Affirmed |

## December 20, 2002

| 24316 | State v. Tanele | Affirmed |

## December 31, 2002

| 24429 | Iaea v. TIG Ins. Co. | Affirmed |